JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL EDWARDS-SWAINE, individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; and DOES I – V, and ROE CORPORATIONS I - V, inclusive, <br><br> Defendants. | CASE NO.:   2:22-cv-00056-RFB-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, APRIL EDWARDS-SWAINE, by and through her counsel of record, HICKS & BRASIER, PLLC, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs

/ / /

1

and attorney fees.

DATED this ___ day of March 2022.　　　　DATED this 31st day of March 2022.

**HICKS & BRASIER**　　　　　　　　　　　　**HARPER | SELIM**

JUSTIN W. WILSON　　　　　　　　　　　　JAMES E. HARPER
Nevada Bar No. 14646　　　　　　　　　　　Nevada Bar No. 9822
2630 S. Jones Blvd.　　　　　　　　　　　　SABRINA G. WIBICKI
Las Vegas, NV 89146　　　　　　　　　　　Nevada Bar No. 10669
Phone: (702) 628-9888　　　　　　　　　　1935 Village Center Circle
Fax: (702) 960-4118　　　　　　　　　　　Las Vegas, NV 89130
*Attorneys for Plaintiff*　　　　　　　　　　Phone: (702) 948-9240
　　　　　　　　　　　　　　　　　　　　　Fax:   (702) 778-6600
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation (**ECF No. ___**) and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 1st day of April, 2022.

2